IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

STEVAN DOUGLAS HALL, #274610,            )
                                         )
            Petitioner,                  )
                                         )
vs.                                      )   CASE NO. 1:13cv-901-WHA
                                         )
LEVAN THOMAS, et al.,                    )              (WO)
                                         )
            Respondents.                 )

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #21), entered on February 2, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this habeas corpus petition under 28 U.S.C. § 2254 is DENIED.  This case is DISMISSED with prejudice because the petition is time-barred under the limitation period in 28 U.S.C. § 2244(d).   Final Judgment will be entered accordingly.

DONE this 25th day of February, 2016.


/s/      W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE